**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

SHELLY CASSANDRA PINNOCK and                  Case No.: 26-10245-CAP
KARL RAY PINNOCK,                             Chapter 13

      Debtors.
_____/

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN [DE# 15]

    I HEREBY CERTIFY that I have served a true and correct copy of the above Proposed Chapter 13 Plan [DE # 15]   on all parties registered on ECF via ECF only, and all other parties on the attached list, on the 8th day of June, 2026.

        **DSOUZA & WALTON LAW GROUP, P.A.**
        950 South Pine Island Road, Suite A-150
        Plantation, Florida 33324
        (954) 358-5911 (Telephone)
        (954) 357-2267 (Facsimile)
        www.DsouzaWaltonLaw.com
        Email: service@dsouzalegal.com

        **By: /s/ Kenneth Edward Walton**
        Kenneth Edward Walton, Esq.
        Florida Bar No. 183997
        Email: Kenneth@DsouzaLegal.com

Label Matrix for local noticing
113C-0
Case 26-10245-PDR
Southern District of Florida
Fort Lauderdale
Wed May 27 19:23:45 EDT 2026

Regions Bank as servicer for Federal Nationa
c/o Michael C. Caborn
329 Park Avenue North, 2nd Floor
Winter Park, FL 32789-7406

Accounts Receivable Management Inc
PO Box 277690
Miramar, FL 33027-7690

BROWARD HEALTH MEDICAL CENTER
C/O SAGE LAW OFFICES
1300 SAWGRASS CORPORATE PARKWAY
SUITE 140
SUNRISE, FL 33323-2823

Broward Health Medical Center
Attn: Legal Department/General Counsel 1
Fort Lauderdale, FL 33309

Capital One
PO Box31293
Salt Lake City, UT 84131-0293

Capital One Bank USA Na
PO Box 31293
Salt Lake City, UT 84131-0293

Cleveland Clinic Florida
2950 Cleveland Clinic Blvd.
Weston, FL 33331-3625

Dept of Ed/Aidvantage
PO Box 300001
Greenville, TX 75403-3001

Digital Federal Credit Union
PO Box 9123
Marlborough, MA 01752-9123

(p)DIGITAL FEDERAL CREDIT UNION
220 DONALD LYNCH BLVD
MARLBOROUGH MA 01752-4708

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lead Bank
PO Box 11
Southlake, TX 76092-0011

Midland Credit Management
320 East Big Beaver Rd
Ste 300
Troy, MI 48083-1271

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Navy Federal Credit Union
PO Box 3000
Merrifield, VA, 22119-3000

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union – Silverman Theolo
999 Yamato Road
Suite 208
Boca Raton 33431-4478

Navy Federal Credit Union – Silverman Theolo
999 Yamato Road
Suite 208
Boca Raton, FL 33431-4478

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Phoenix Emergency Medicine of Broward
PO Box 38048
Philadelphia, PA 19101-0813

Regions Bank – Winderweedle Haines ward & Wo
PO Box 880
Winter Park, FL 32790-0880

Regions Mortgage
PO Box 110
Hattiesburg, MS 39403-0110

Revenue Group
3711 Chester Ave
Cleveland, OH 44114-4623

Sage Law Offices
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, FL 33323-2823

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Sylvester Comprehensive Cancer Center
1475 NW 12th Ave.
Miami, FL 33136-1002

Synchrony Bank
PO Box 965061
Orlando, FL 32896-5061

TD Bank N.A.
PO Box 71466
Philadelphia,  19776

Transworld Systems Inc
500 Virginia Drive
Suite 514
Fort Washington, PA 19034-2733

Upstart Network, Inc
c/o Peritus Portfolio Services II, LLC
PO Box 1149
GRAPEVINE, TX 76099-1149

Wells Fargo Card Services
PO Box 393
Minneapolis, MN 55480-0393

Winderweedle Haines ward & Woodman P.A.
PO Box 880
Winter Park, FL 32790-0880

Karl Ray Pinnock
5138 NW 87 Terrace
Lauderhill, FL 33351-4880

Kenneth E Walton  II
950 South Pine Island Road
Suite A-150
Plantation, FL 33324-3918

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

Shelly Cassandra Pinnock
5138 NW 87 Terrace
Lauderhill, FL 33351-4880

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Digital Federal Credit Union
PO Box 9130
Marlborough, MA 01752

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Sbnaslfldr
PO Box 11
Southlake, TX 76092

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37