**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                      Case No. 26-10245-CAP
SHELLY CASSANDRA PINNOCK and                                Chapter 13
KARL RAY PINNOCK

_____Debtor (s)_____/


**Attorney-Represented Debtors' Verified Ex Parte Motion for Referral to Mortgage Modification Mediation**

The Debtors file this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtors' Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Order") referring Debtors and Regions Bank as servicer for Federal National Mortgage Association ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1.  Debtors filed jointly for bankruptcy relief under, or converted to, chapter 13 on January 11, 2026.

2.  Debtors request MMM for real property ("Property") located at the following street address: 5138 NW 87th Terrace, Lauderhill, FL 33351; account number for this Property is 5899 (last four digits).

    a.  The Property is (check one box):

        ☒  the Debtors' primary residence

        ☐  not the Debtors' primary residence

    b.  Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

MMM-LF-01 (rev. 04/01/15)

☒ Debtors only

☐ Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name:
Address:


Telephone:_____
email:_____

☐ Other:

Name:_____
Address:_____
_____
Telephone:_____
email:_____

c. If applicable, Debtors' attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtors intend to (check all boxes that apply):

☒ modify the mortgage on the Debtors' primary residence.

☐ modify the mortgage on Property that is not the Debtors primary residence.

☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $40.00 and the

MMM-LF-01 (rev. 04/01/15)

required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $80.00.

5.      Prior to filing this motion, Debtors' attorney completed Debtors' information using the court-approved on-line program that facilitates the preparation of the Debtors' loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor.  Debtors' initial loan modification forms have been generated and are ready for signature and submission.  Debtors' attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtors' Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6.      Prior to filing this motion, Debtors' attorney has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

☐ Lender is not registered.  Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7.      Debtor requests Lender consider (check as many boxes as applicable):

☒ a HAMP or government sponsored loan modification

☒ a conventional loan modification

☐ a deed in lieu of foreclosure

MMM-LF-01 (rev. 04/01/15)

☐ a state court consent *in rem* final judgment of foreclosure

☐ surrender options

☒ other: ___ Any in-house modification program that is available including but not limited to principal reduction, forbearance, extend the mortgage t to 40 years or more, reduce the principal to the value of the property and reduce interest rate to 2% or less.

8.  IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a.  Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

    b.  Debtor represents that the property has been listed for sale.

9.  Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtors' attorney, unless the Debtors are seeking pro bono mediation under paragraph 11.  Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtors' Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtors' attorney shall upload and submit through the MMM Portal, Debtors' Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $40.00.  In addition, the Debtors' attorney

MMM-LF-01 (rev. 04/01/15)

will upload the Order to the MMM Portal as part of the submission of Debtors' documentation.

11.  Debtors' attorney:

☒ will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtors' undersigned attorney is representing the Debtor pro bono, or Debtors' income is less than 150% above the poverty level (see attached calculation).

12.  Debtors consent to Lender communicating directly with Debtors' attorney for any and all aspects of the mortgage modification mediation program.

13.  [For chapter 7 debtors] Debtor understands and consents to this Court's MMM procedures which require that, if the Debtor becomes otherwise eligible for entry of a discharge before the MMM process is completed, the Court shall delay issuance of the discharge until either an agreement is reached or the parties reach impasse as reflected in the Local Form "Final Report of Mortgage Modification Mediator".

**WHEREFORE,** Debtors request that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

MMM-LF-01 (rev. 04/01/15)

## DEBTORS' VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on this 8th day of June 2026.

/s/ Shelly Cassandra Pinnock
/s/ Karl Ray Pinnock
Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtors' Ex Parte Motion for Referral to Mortgage Modification Mediation was served via CM/ECF upon all parties registered to receive electronic notice in this case and by U.S. Mail upon all other interested parties on the attached service list on the 8th day of June 2026.

**DSOUZA & WALTON LAW GROUP, P.A.**
950 South Pine Island Road,
Suite A-150
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaWaltonLaw.com
Email: service@dsouzalegal.com

**By: /s/ Kenneth Edward Walton**
Kenneth Edward Walton, Esq.
Florida Bar No. 183997
Email: Kenneth@DsouzaLegal.com

Copies to:

1. Robin R Weiner, Esq., Chapter 13 Trustee [Via ECF only].
2. All parties registered on the ECF system [Via ECF only].
3. Michael C. Caborn, Esq., counsel for Regions Bank as servicer for Federal National Mortgage Association [Via ECF only].
4. Regions Bank,
    c/o Office of the Corporate Secretary,
    1900 Fifth Avenue North
    Birmingham, AL 35203 [Via U.S. Mail]

MMM-LF-01 (rev. 04/01/15)